AO 466A (Rev. 12/09; MD 02/10)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:08 pm, Mar 26 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ C.M. _____ Deputy

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  AAQ 25-po-01207-1 |
| | ) | |
| Bryce S. Carter | ) | Charging District's Case No. 1:25-po-00492-JFA-1 |
| _____ | ) | |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  United States District Court of the Eastern District of Virginia                                                                                          .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise
         — unless I am indicted — to determine whether there is probable cause to believe that an offense has
         been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☒     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
        be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
        that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     March 26, 2025                                     _____
                                                                                    *Defendant's signature*

                                                                      _____
                                                                                *Signature of defendant's attorney*

                                                                      Ellie Marranzini
                                                                          *Printed name of defendant's attorney*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

3:10 pm, Mar 26 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ C.M. ____ Deputy

UNITED STATES OF AMERICA

      v.

Bryce S. Carter

\*

\*

\*

Case No.   AAQ 25-po-01207-1

**\* \* \* \* \* \***

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this 26th day of ___March___, 2025, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

Ajmel A. Quereshi
United States Magistrate Judge

✓ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

3:10 pm, Mar 26 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ C.M. _____ Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

**v.**                                    **Criminal No. AAQ 25-po-01207-1**

**BRYCE S. CARTER**

**Defendant.**

## ORDER PURSUANT TO Fed R. Crim. P. 5(f)

As amended on October 21, 2020, Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020) require that:

"In all criminal proceedings, on the first scheduled court date when both prosecutor and defense counsel are present, the judge shall issue an oral and written order to prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such an order under applicable law."

Accordingly, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *Brady v. Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, vacating a conviction, or disciplinary action against the prosecution.

Having given counsel the oral admonition required by the Due Process Protections Act, the United States is ordered to produce in a timely manner all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so may result in the imposition of the sanctions referenced in this Order.

It is SO ORDERED.

Date: March 26, 2025

Ajmel A. Qureshi
United States Magistrate Judge

AO 199A (Rev. 11/08; Rev MD 07/21) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT

for the
District of Maryland

✓ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

**3:12 pm, Mar 26 2025**

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ C.M. ____ Deputy

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Bryce S. Carter | ) Case No.  AAQ 25-po-01207-1 |
| _____ | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate any federal, state or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 34 U.S.C. § 40702.

(3)    The defendant's residence must be approved by the U.S. Pretrial Services Officer (USPTO) supervising the defendant's release and the defendant must advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4)    The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* _____

_____    on    _____
                                                            When Notified
                                                            *Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:
- ☐   (5)   The defendant promises to appear in court as required and surrender to serve any sentence imposed.
- ☐   (6)   The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of

_____    dollars ($ _____ )

in the event of a failure to appear as required or surrender to serve any sentence imposed.

### ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

- ☐   (7)   The defendant is placed in the custody of (name of person or organization): _____
at an address approved by the Pretrial Services Office.
The defendant must not change that address without advance approval by the Pretrial Services Office who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____    _____    _____
             Custodian or Proxy                    Date                    Tel. No (only if above is an organization)

AO 199A (Rev. 11/08; Rev MD 07/21) Order Setting Conditions of Release                          Page  2  of  4

☐  (8)  The defendant must:

☐  (a) report to the _____

telephone number _____ no later than _____

☐  (b) report on a regular basis to the supervising officer.   The defendant shall promptly obey all reasonable directions and instructions of the supervising officer.

☐  (c) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
_____

☐  (d) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
_____

☐  (e) execute a bail bond with solvent sureties in the _____.

☐  (f) maintain or actively seek employment as approved by the U.S. Pretrial Services Officer.

☐  (g) maintain or commence an education program.

☐  (h) surrender any passport to: _____

☐  (i) obtain no passport.

☐  (j) abide by the following restrictions on personal association, place of abode, or travel:
_____
_____

☐  (k) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
_____

☐  (l) undergo medical or psychiatric treatment: _____
_____

☐  (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

☐  (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

☒  (o) refrain from  ☒ any  ☐ excessive use of alcohol.

☒  (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☒  (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance.   Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.   The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

☐  (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

☐  (s) participate in one of the following location restriction programs and comply with its requirements as directed.

☐  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from_____to _____, or

☐  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or

☐  (iii)  **Home Confinement.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities, attorney visits, court appearances, or other activities specifically approved by the court; or

☐  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home confinement restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

☐  (v)  **Other.** _____

☐  (t) submit to the following location monitoring technology and comply with its requirements as directed:

☐  (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or

☐  (ii)  Voice Recognition/Virtual Monitoring; or

☐  (iii)  Radio Frequency; or

☐  (iv)  GPS.

☐  (u) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

AO 199A (Rev. 11/08; Rev MD 07/21) Order Setting Conditions of Release

☐ (v) Refrain from the use of computer systems, Internet-capable devices and/or similar electronic devices at any location (including employment or educational program) without the prior written approval of the U.S. Probation or Pretrial Services Officer. The defendant shall cooperate with the U.S. Probation and Pretrial Services Office monitoring of compliance with this condition. Cooperation shall include, but not be limited to, participating in a Computer & Internet Monitoring Program, identifying computer systems, Internet-capable devices and/or similar electronic devices the defendant has access to, allowing the installation of monitoring software/hardware at the defendant's expense, and permitting random, unannounced examinations of computer systems, Internet-capable devices and similar electronic devices under the defendant's control.

☐ (w) The defendant must comply with all directives from federal, state, and local government pertaining to the public health, Including COVID-19.

☑ (x) ___ refrain from operation of a motor vehicle

☑ (y) ___ report to US District Court, ED VA for Pretrial services interview and schedule

☐ (z) ___ of court date within 48 hours.

Case 1:25-po-00492-JFA   Document 12   Filed 03/28/25   Page 7 of 7 PageID# 24
Case 8:25-po-00207-AAQ   Document 7   Filed 03/26/25   Page 4 of 4

AO 199C (Rev. 09/08, MD 07/21) Advice of Penalties                                    Page                                                        4 of 4

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Bryce S. Carter

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.   This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.   The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.   If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more - you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years - you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.   In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.   I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.   I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Upper Marlboro, Md
*City and State*

### Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.   If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   March 26, 2025                                   _____
*Judicial Officer's Signature*

Ajmel A. Quereshi, United States Magistrate Judge
_____
*Printed name and title*