Page 1
PS-8 (12/04)
VAE (rev 5/23)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Bryce S. Carter</u>    Docket No. <u>0422 1:25PO00492</u>

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Vakida J. Wilson, PROBATION OFFICER, presenting an official report upon the conduct of defendant Bryce S. Carter, who was placed under pretrial release supervision by the Honorable John F. Anderson, United States Magistrate Judge sitting in the court at 401 Courthouse Square, Alexandria, VA 22314, on April 1, 2025, under the following conditions:

**\* SEE PAGE 2 \***

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

In April 2025, the defendant submitted a total of seventeen (17) late remote alcohol tests.

On April 12, 2025, at approximately 12:00 p.m. the defendant submitted a remote alcohol test with a BAC of 0.020% then failed to submit the required retest timely.

In May 2025, the defendant missed one (1) scheduled test and submitted a total of fifteen (15) late remote alcohol tests.

On May 20, 2025, the defendant submitted a urine specimen that screened positive for marijuana. He admitted using on May 19, 2025.

Between June 1, 2025, and June 24, 2025, the defendant submitted a total of nine (9) late remote alcohol tests.

PRAYING THAT THE COURT WILL ORDER issue a summons and the defendant be made to show cause as to why his conditions of release should not be revoked.

Returnable Date: <u>July 8, 2025  10:00 A.M</u>

**ORDER OF COURT**

Considered and ordered this 1ST day of July 2025 and ordered filed and made a part of the records in the above case.

_____/s/_____ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: <u>July 1, 2025</u>

**Vakida Wilson** Digitally signed by Vakida Wilson
Date: 2025.07.01 12:33:33 -04'00'

Vakida J. Wilson
Senior U.S. Probation Officer
(703) 299-2346

Place: Alexandria

TO CLERK'S OFFICE

CARTER, Bryce S.  
Docket No. 0422 1:25PO492

Page 2

1) Submit to supervision by and report for supervision to the Pretrial Services Office;
2) Refrain from operation of a motor vehicle;
3) Attend mental health testing and treatment and take all medications as directed;
4) Not use alcohol at all;
5) Not use or unlawfully possess a narcotic drug or other controlled substance as defined in Title 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner;
6) Submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency or accuracy of prohibited substance screening or testing;
7) Participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer;
8) Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops; and
9) Submit to remote alcohol testing at the direction of Pretrial Services.

On May 20, 2025, the defendant appeared before Your Honor for a Status Conference. On that date, he was released on the conditions previously set forth by the Court. It was further ordered that the defendant may operate a motor vehicle that is equipped with an alcohol monitoring and ignition device. If the device is acceptable to Pretrial Services, the defendant may drive only the vehicle with the ignition interlock device and only under the following circumstances:

1. To and from the Court and Pretrial Services;
2. To and from mental health and substance abuse treatments; and
3. To and from the two rental properties he manages with prior approval of Pretrial Services